1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2   Annie S. Wang (SBN 243027)
    *annie@coombspc.com*
3   J. Andrew Coombs, A P. C.
    517 East Wilson Avenue, Suite 202
4   Glendale, California 91206
    Telephone:   (818) 500-3200
5   Facsimile:    (818) 500-3201

6   Attorneys for Plaintiff
    Warner Bros. Home Entertainment Inc.
7
8   David M. Dudley (SBN 118629)
    Law Offices of David M. Dudley
    3415 South Sepulveda Blvd., Suite 320
9   Los Angeles, California 90034
    Telephone:   (310) 772-8400
10  Facsimile:    (310) 772-8404

11  Attorney for Defendant  Lai-Kin So
    a/k/a Laikin So, an individual and d/b/a
12  Amazon.com Seller mydvdstore

## JS-6

13
14              UNITED STATES DISTRICT COURT
15              CENTRAL DISTRICT OF CALIFORNIA

16  Warner Bros. Home Entertainment Inc.,  )   Case No. CV12-1855 JGB (MLGx)
                                            )
17                           Plaintiff,     )
                                            )   CONSENT DECREE AND
18          v.                              )   PERMANENT  INJUNCTION
                                            )
19  Lai-Kin So a/k/a Laikin So, an individual )
    and d/b/a Amazon.com Seller mydvdstore )
20  and Does 1-10, inclusive,               )
                                            )
21                           Defendants.    )
                                            )
22  _____)

23          The Court, having read and considered the Joint Stipulation for Entry of

24  Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

25  Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Lai-Kin So a/k/a Laikin

26  So, an individual and d/b/a Amazon.com Seller mydvdstore ( "Defendant"), in this

27  action, and good cause appearing therefore, hereby:

28

ORDERS that based on the Parties' stipulation and only as to Defendant, her successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:     April 21, 2014

Hon. Jesus G. Bernal
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.


Law Offices of David M. Dudley



        s/David M. Dudley

By: _____
        David M. Dudley
Attorney for Defendant Lai-Kin So a/k/a
Laikin So, an individual and d/b/a
Amazon.com Seller mydvdstore

# EXHIBIT A
## COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | COPYRIGHT CLAIMANT |
|---|---|---|
| PA 859-518 | Batman & Robin | Warner Brothers, a division of Time Warner Entertainment Company, LP ("WB") |
| PA 417-162 | Batman | Warner Brothers, Inc. ("WBI") |
| PA 1-271-539 | BATMAN BEGINS | Patalex III Productions, Ltd. |
| PA 720-192 | Batman Forever | New Line Productions, Inc. ("NLPI") |
| PA 569-651 | Batman Returns | Metro-Goldwyn-Mayer Film Company, Inc. ("MGM") & S L M Entertainment, Ltd. ("SLME") |
| PA 1-340-437 | BEN 10: The Galactic Enforcers | Cartoon Network, LP, LLLP ("CN") |

| PA 1-340-449 | BEN 10: Camp Fear | CN |
|---|---|---|
| PA 1-340-441 | BEN 10: Ultimate Weapon | CN |
| PA 1-340-440 | BEN 10: Tough Luck | CN |
| PA 431-870 | Casablanca | Turner Entertainment Company ("TEC") |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-830-753 | CHUCK: Chuck Versus The Suitcase | WBEI |
| PA 1-830-764 | CHUCK: Chuck Versus The Cubic Z | WBEI |
| PA 1-830-744 | CHUCK: Chuck Versus The Coup d'Etat | WBEI |
| PA 1-830-746 | CHUCK: Chuck Versus The Couch Lock | WBEI |
| PA 1-839-586 | CHUCK: Chuck Versus The Aisle Of Terror | WBEI |
| PA 1-839-561 | CHUCK: Chuck Versus The First Fight | WBEI |
| PA 1-839-582 | CHUCK: Chuck Versus The Fear Of Death | WBEI |
| PA 1-839-584 | CHUCK: Chuck Versus Phase Three | WBEI |
| PA 1-839-592 | CHUCK: Chuck Versus The Leftovers | WBEI |
| PA 1-830-691 | CHUCK: Chuck Versus The Balcony | WBEI |
| PA 1-830-693 | CHUCK: Chuck Versus The Gobbler | WBEI |
| PA 1-830-680 | CHUCK: Chuck Versus The Push Mix | WBEI |
| PA 1-830-740 | CHUCK: Chuck Versus The Seduction Impossible | WBEI |
| PA 1-830-738 | CHUCK: Chuck Versus The Cat Squad | WBEI |
| PA 1-830-695 | CHUCK: Chuck Versus The Masquerade | WBEI |
| PA 1-830-742 | CHUCK: Chuck Versus The First Bank Of Evil | WBEI |
| PA 1-830-704 | CHUCK: Chuck Versus Chuck Versus The A-Team | WBEI |
| PA 1-830-685 | CHUCK: Chuck Versus The Muuurder | WBEI |
| PA 1-839-585 | CHUCK: Chuck Versus The Family Volkoff | WBEI |

| PA 1-830-743 | CHUCK: Chuck Versus The Wedding Planner | WBEI |
|---|---|---|
| PA 1-830-754 | CHUCK: Chuck Versus Agent X | WBEI |
| PA 1-830-752 | CHUCK: Chuck Versus The Last Details | WBEI |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | WBEI |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | WBEI |
| PA 1-830-373 | CHUCK: Chuck Versus The Bearded Bandit | WBEI |
| PA 1-830-358 | CHUCK: Chuck Versus The Frosted Tips | WBEI |
| PA 1-830-395 | CHUCK: Chuck Versus The Business Trip | WBEI |
| PA 1-830-379 | CHUCK: Chuck Versus The Hack Off | WBEI |
| PA 1-830-361 | CHUCK: Chuck Versus The Curse | WBEI |
| PA 1-830-364 | CHUCK: Chuck Versus The Santa Suit | WBEI |
| PA 1-830-765 | CHUCK: Chuck Versus The Baby | WBEI |
| PA 1-830-658 | CHUCK: Chuck Versus The Kept Man | WBEI |
| PA 1-830-659 | CHUCK: Chuck Versus Bo | WBEI |
| PA 1-830-385 | CHUCK: Chuck Versus The Bullet Train | WBEI |
| PA 1-830-662 | CHUCK: Chuck Versus Sarah | WBEI |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 1-227-680 | DEADWOOD: Deadwood | Home Box Office, Inc. ("HBO") |
| PA 1-231-791 | DEADWOOD: Deep Water | HBO |
| PA 1-231-792 | DEADWOOD: Reconnoitering The Rim | HBO |
| PA 1-227-640 | DEADWOOD: Here Was A Man | HBO |
| PA 1-227-633 | DEADWOOD: The Trial Of Jack McCall | HBO |
| PA 1-227-641 | DEADWOOD: Plague | HBO |
| PA 1-232-758 | DEADWOOD: Bullock Returns To The Camp | HBO |
| PA 1-232-759 | DEADWOOD: Suffer The Little Children | HBO |
| PA 1-232-744 | DEADWOOD: No Other Sons Or Daughters | HBO |
| PA 1-232-740 | DEADWOOD: Mr. Wu | HBO |
| PA 1-233-007 | DEADWOOD: Jewels Boot Is Made For Walking | HBO |

| PA 1-233-008 | DEADWOOD: Sold Under Sin | HBO |
|---|---|---|
| PA 1-354-918 | DEADWOOD: A Lie Agreed Upon, Part I | HBO |
| PA 1-354-919 | DEADWOOD: A Lie Agreed Upon, Part II | HBO |
| PA 1-272-613 | DEADWOOD: New Money | HBO |
| PA 1-272-614 | DEADWOOD: Requiem For A Gleet | HBO |
| PA 1-274-760 | DEADWOOD: Complications | HBO |
| PA 1-274-767 | DEADWOOD: Something Very Expensive | HBO |
| PA 1-274-768 | DEADWOOD: E. B. Was Left Out | HBO |
| PA 1-280-307 | DEADWOOD: Childish Things | HBO |
| PA 1-277-128 | DEADWOOD: Amalgamation And Capital | HBO |
| PA 1-275-223 | DEADWOOD: Advances None Miraculous | HBO |
| PA 1-275-224 | DEADWOOD: The Whores Can Come | HBO |
| PA 1-275-225 | DEADWOOD: Boy The Earth Talks-To | HBO |
| PA 1-654-189 | ER: The War Comes Home | WBEI |
| PA 1-654-179 | ER: In A Different Light | WBEI |
| PA 1-654-182 | ER: Officer Down | WBEI |
| PA 1-654-172 | ER: Gravity | WBEI |
| PA 1-654-173 | ER: Under The Influence | WBEI |
| PA 1-654-175 | ER: The Test | WBEI |
| PA 1-654-185 | ER: Blackout | WBEI |
| PA 1-654-187 | ER: Coming Home | WBEI |
| PA 1-652-863 | ER: Skye's The Limit | WBEI |
| PA 1-652-871 | ER: 300 Patients | WBEI |
| PA 1-652-866 | ER: Status Quo | WBEI |
| PA 1-652-835 | ER: Believe The Unseen | WBEI |
| PA 1-652-837 | ER: Atonement | WBEI |
| PA 1-652-869 | ER: Owner Of A Broken Heart | WBEI |
| PA 1-652-831 | ER: …As The Day She Was Born | WBEI |
| PA 1-652-845 | ER: Truth Will Out | WBEI |
| PA 1-652-851 | ER: Under Pressure | WBEI |
| PA 1-652-854 | ER: Tandem Repeats | WBEI |
| PA 1-652-860 | ER: The Chicago Way | WBEI |

| PA 1-618-932 | Four Christmases | Ott Medien GmbH & Co. KG; NLP |
|---|---|---|
| PA 1-799-978 | FRINGE: Olivia | WBEI |
| PA 1-799-994 | FRINGE: The Box | WBEI |
| PA 1-799-991 | FRINGE: The Plateau | WBEI |
| PA 1-799-973 | FRINGE: Do Shapeshifters Dream of Electric Sheep? | WBEI |
| PA 1-800-068 | FRINGE: Amber 31422 | WBEI |
| PA 1-799-971 | FRINGE: 6955 KHZ | WBEI |
| PA 1-800-066 | FRINGE: The Abducted | WBEI |
| PA 1-799-984 | FRINGE: Entrada | WBEI |
| PA 1-800-071 | FRINGE: Marionette | WBEI |
| PA 1-800-082 | FRINGE: The Firefly | WBEI |
| PA 1-799-860 | FRINGE: Reciprocity | WBEI |
| PA 1-799-843 | FRINGE: Concentrate And Ask Again | WBEI |
| PA 1-799-846 | FRINGE: Immortality | WBEI |
| PA 1-799-854 | FRINGE: 6B | WBEI |
| PA 1-799-856 | FRINGE: Subject 13 | WBEI |
| PA 1-799-853 | FRINGE: OS | WBEI |
| PA 1-799-980 | FRINGE: Stowaway | WBEI |
| PA 1-799-975 | FRINGE: Bloodline | WBEI |
| PA 1-800-064 | FRINGE: Lysergic Acid Diethylamide | WBEI |
| PA 1-800-072 | FRINGE: 6:02 AM EST | WBEI |
| PA 1-799-987 | FRINGE: The Last Sam Weiss | WBEI |
| PA 1-800-069 | FRINGE: The Day We Died | WBEI |
| PA 1-805-639 | FRINGE: Neither Here Nor There | WBEI |
| PA 1-838-996 | FRINGE: One Night In October | WBEI |
| PA 1-838-984 | FRINGE: Alone In The World | WBEI |
| PA 1-838-999 | FRINGE: Subject 9 | WBEI |
| PA 1-839-002 | FRINGE: Novation | WBEI |
| PA 1-838-978 | FRINGE: And Those We've Left Behind | WBEI |
| PA 1-840-592 | FRINGE: Wallflower | WBEI |

| PA 1-840-558 | FRINGE: Back To Where You've Never Been | WBEI |
|---|---|---|
| PA 1-840-566 | FRINGE: Enemy Of My Enemy | WBEI |
| PA 1-840-564 | FRINGE: Forced Perspective | WBEI |
| PA 1-839-003 | FRINGE: Making Angels | WBEI |
| PA 1-839-006 | FRINGE: Welcome To Westfield | WBEI |
| PA 1-838-969 | FRINGE: A Better Human Being | WBEI |
| PA 1-839-186 | FRINGE: The End Of All Things | WBEI |
| PA 1-838-997 | FRINGE: A Short Story About Love | WBEI |
| PA 1-840-391 | FRINGE: Nothing As It Seems | WBEI |
| PA 1-838-998 | FRINGE: Everything In Its Right Place | WBEI |
| PA 1-838-971 | FRINGE: The consultant | WBEI |
| PA 1-840-561 | FRINGE: Letters Of Transit | WBEI |
| PA 1-840-594 | FRINGE: Worlds Apart | WBEI |
| PA 1-840-569 | FRINGE: Brave New World: Part One | WBEI |
| PA 1-805-612 | FRINGE: Brave New World: Part Two | WBEI |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | HBO |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |
| PA 1-606-281 | Get Smart | WV Films IV LLC. |
| R 399-224 | Gone with the Wind | TEC |
| PA 1-798-625 | GOSSIP GIRL: Reversals Of Fortune | WBEI |
| PA 1-798-628 | GOSSIP GIRL: The Freshman | WBEI |

| PA 1-798-672 | GOSSIP GIRL: The Lost Boy | WBEI |
|---|---|---|
| PA 1-798-767 | GOSSIP GIRL: Dan De Fleurette | WBEI |
| PA 1-798-702 | GOSSIP GIRL: Rufus Getting Married | WBEI |
| PA 1-798-763 | GOSSIP GIRL: Enough About Eve | WBEI |
| PA 1-798-760 | GOSSIP GIRL: How To Succeed In Bassness | WBEI |
| PA 1-798-766 | GOSSIP GIRL: The Grandfather Part II | WBEI |
| PA 1-798-697 | GOSSIP GIRL: They Shoot Humphreys, Don't They | WBEI |
| PA 1-798-636 | GOSSIP GIRL: The Last Days Of Disco Stick! | WBEI |
| PA 1-804-177 | GOSSIP GIRL: The Treasure Of Serena Madre | WBEI |
| PA 1-798-630 | GOSSIP GIRL: The Debarted | WBEI |
| PA 1-798-626 | GOSSIP GIRL: The Hurt Locket | WBEI |
| PA 1-798-615 | GOSSIP GIRL: The Lady Vanished | WBEI |
| PA 1-798-641 | GOSSIP GIRL: The Sixteen Year Old Virgin | WBEI |
| PA 1-798-614 | GOSSIP GIRL: The Empire Strikes Jack | WBEI |
| PA 1-798-632 | GOSSIP GIRL: Inglorious Bassterds | WBEI |
| PA 1-798-773 | GOSSIP GIRL: The Unblairable Lightness Of Being | WBEI |
| PA 1-798-768 | GOSSIP GIRL: Dr. Estrangeloved | WBEI |
| PA 1-798-652 | GOSSIP GIRL: It's A Dad, Dad, Dad, Dad World | WBEI |
| PA 1-798-657 | GOSSIP GIRL: Ex-Husbands And Wives | WBEI |
| PA 1-798-765 | GOSSIP GIRL: Last Tango, Then Paris | WBEI |
| PA 1-798-788 | GOSSIP GIRL: Belles De Jour | WBEI; CBS Studios Inc. ("CBS") |
| PA 1-798-808 | GOSSIP GIRL: Double Identity | WBEI; CBS |
| PA-1-798-791 | GOSSIP GIRL: The Undergraduates | WBEI; CBS |
| PA-1-798-782 | GOSSIP GIRL: Touch Of Eva | WBEI; CBS |
| PA-1-798-779 | GOSSIP GIRL: Goodbye, Columbia | WBEI; CBS |

| PA-1-798-796 | GOSSIP GIRL: Easy J | WBEI; CBS |
|---|---|---|
| PA-1-798-800 | GOSSIP GIRL: War At The Roses | WBEI; CBS |
| PA-1-798-805 | GOSSIP GIRL: Juliet Doesn't Live Here Anymore | WBEI; CBS |
| PA-1-798-776 | GOSSIP GIRL: The Witches Of Bushwick | WBEI; CBS |
| PA-1-798-706 | GOSSIP GIRL: Gaslit | WBEI; CBS |
| PA-1-798-803 | GOSSIP GIRL: The Townie | WBEI; CBS |
| PA-1-798-675 | GOSSIP GIRL: The Kids Are Not All Right | WBEI; CBS |
| PA-1-798-813 | GOSSIP GIRL: Damien Darko | WBEI; CBS |
| PA-1-798-793 | GOSSIP GIRL: Panic Roommate | WBEI; CBS |
| PA-1-798-778 | GOSSIP GIRL: It-Girl Happened One Night | WBEI; CBS |
| PA-1-798-700 | GOSSIP GIRL: While You Weren't Sleeping | WBEI; CBS |
| PA-1-798-784 | GOSSIP GIRL: Empire of The Son | WBEI; CBS |
| PA-1-798-783 | GOSSIP GIRL: The Kids Stay In The Picture | WBEI; CBS |
| PA-1-798-694 | GOSSIP GIRL: Petty In Pink | WBEI; CBS |
| PA-1-798-660 | GOSSIP GIRL: The Princess And The Frog | WBEI; CBS |
| PA 1-798-713 | GOSSIP GIRL: Shattered Bass | WBEI; CBS |
| PA 1-798-789 | GOSSIP GIRL: The Wrong Goodbye | WBEI; CBS |
| PA 1-805-600 | GOSSIP GIRL: Yes, Then Zero | WBEI |
| PA 1-842-654 | GOSSIP GIRL: Beauty And The Feast | WBEI |
| PA 1-842-729 | GOSSIP GIRL: Jewel Of Denial | WBEI |
| PA 1-842-682 | GOSSIP GIRL: Memories Of An Invisible Dan | WBEI |
| PA 1-842-723 | GOSSIP GIRL: The Fasting And The Furious | WBEI |
| PA 1-842-719 | GOSSIP GIRL: I Am Number Nine | WBEI |
| PA 1-842-667 | GOSSIP GIRL: The Big Sleep No More | WBEI |
| PA 1-842-775 | GOSSIP GIRL: All The Pretty Sources | WBEI |
| PA 1-842-653 | GOSSIP GIRL: Rhodes To Perdition | WBEI |
| PA 1-842-652 | GOSSIP GIRL: Riding In Town Cars With Boys | WBEI |

| PA 1-842-777 | GOSSIP GIRL: The End Of The Affair | WBEI |
|---|---|---|
| PA 1-842-650 | GOSSIP GIRL: Father And The Bride | WBEI |
| PA 1-842-770 | GOSSIP GIRL: G.G. | WBEI |
| PA 1-842-747 | GOSSIP GIRL: The Backup Dan | WBEI |
| PA 1-842-732 | GOSSIP GIRL: Crazy, Cupid, Love | WBEI |
| PA 1-842-660 | GOSSIP GIRL: Cross Rhodes | WBEI |
| PA 1-840-387 | GOSSIP GIRL: The Princess Dowry | WBEI |
| PA 1-840-387 | GOSSIP GIRL: Con-Heir | WBEI |
| PA 1-840-373 | GOSSIP GIRL: It Girl, Interrupted | WBEI |
| PA 1-840-368 | GOSSIP GIRL: Salon Of The Dead | WBEI |
| PA 1-840-378 | GOSSIP GIRL: Despicable B | WBEI |
| PA 1-840-385 | GOSSIP GIRL: Raiders Of The Lost Art | WBEI |
| PA 1-840-367 | GOSSIP GIRL: The Fugitives | WBEI |
| PA 1-805-638 | GOSSIP GIRL: The Return Of The Ring | WBEI |
| PA 1-620-936 | GRAN TORINO | Matten Productions GmbH & Co. KG |
| PA 1-603-574 | HAROLD AND KUMAR ESCAPE FROM GUANTANAMO BAY | NLPI |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |

| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
|---|---|---|
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-623-599 | JOHN ADAMS: Join Or Die | HBO |
| PA 1-623-549 | JOHN ADAMS: Independence | HBO |
| PA 1-623-550 | JOHN ADAMS: Don't Tread On Me | HBO |
| PA 1-623-551 | JOHN ADAMS: Reunion | HBO |
| PA 1-623-552 | JOHN ADAMS: Unite Or Die | HBO |
| PA 1-623-553 | JOHN ADAMS: Unnecessary War | HBO |
| PA 1-623-555 | JOHN ADAMS: Peacefield | HBO |
| PA 1-849-369 | Kit Kittredge: An American Girl | New Line Cinema Picturehouse Holdings, Inc. |
| PA 1-805-641 | MIKE & MOLLY: Goin' Fishin' | WBEI |
| PA 1-840-971 | MIKE & MOLLY: Dennis's Birthday | WBEI |
| PA 1-840-980 | MIKE & MOLLY: Mike In The House | WBEI |
| PA 1-840-977 | MIKE & MOLLY: '57 Chevy Bel Air | WBEI |
| PA 1-840-969 | MIKE & MOLLY: Victoria Runs Away | WBEI |
| PA 1-840-968 | MIKE & MOLLY: Happy Halloween | WBEI |
| PA 1-840-970 | MIKE & MOLLY: Carl Meets A Lady | WBEI |
| PA 1-840-984 | MIKE & MOLLY: Peggy Gets A Job | WBEI |
| PA 1-840-989 | MIKE & MOLLY: Mike Cheats | WBEI |
| PA 1-841-346 | MIKE & MOLLY: Molly Needs a Number | WBEI |
| PA 1-841-357 | MIKE & MOLLY: Christmas Break | WBEI |
| PA 1-840-973 | MIKE & MOLLY: Carl Has Issues | WBEI |
| PA 1-840-972 | MIKE & MOLLY: Victoria Can't Drive | WBEI |
| PA 1-841-340 | MIKE & MOLLY: Joyce's Choices | WBEI |
| PA 1-841-336 | MIKE & MOLLY: Valentine Piggyback | WBEI |
| PA 1-841-337 | MIKE & MOLLY: Surprise | WBEI |

| PA 1-841-375 | MIKE & MOLLY: Mike Likes Lasagna | WBEI |
|---|---|---|
| PA 1-841-330 | MIKE & MOLLY: Peggy Goes To Branson | WBEI |
| PA 1-840-976 | MIKE & MOLLY: Molly Can't Lie | WBEI |
| PA 1-840-974 | MIKE & MOLLY: The Dress | WBEI |
| PA 1-841-316 | MIKE & MOLLY: Bachelor/Bachelorette | WBEI |
| PA 1-840-986 | MIKE & MOLLY: The Rehearsal | WBEI |
| PA 1-805-562 | MIKE & MOLLY: The Wedding | WBEI |
| PA 014-408 | Network | MGM; United Artists Corporation |
| PA 1-857-474 | NIKITA: Pilot | WBEI |
| PA 1-858-489 | NIKITA: 2.0 | WBEI |
| PA 1-858-493 | NIKITA: Kill Jill | WBEI |
| PA 1-857-475 | NIKITA: Rough Trade | WBEI |
| PA 1-858-512 | NIKITA: The Guardian | WBEI |
| PA 1-857-479 | NIKITA: Resistance | WBEI |
| PA 1-857-477 | NIKITA: The Recruit | WBEI |
| PA 1-857-476 | NIKITA: Phoenix | WBEI |
| PA 1-857-478 | NIKITA: One Way | WBEI |
| PA 1-858-508 | NIKITA: Dark Matter | WBEI |
| PA 1-858-486 | NIKITA: All the Way | WBEI |
| PA 1-858-480 | NIKITA: Free | WBEI |
| PA 1-858-468 | NIKITA: Coup de Grace | WBEI |
| PA 1-858-497 | NIKITA: The Next Seduction | WBEI |
| PA 1-856-502 | NIKITA: Alexandra | WBEI |
| PA 1-856-501 | NIKITA: Echoes | WBEI |
| PA 1-856-503 | NIKITA: Covenant | WBEI |
| PA 1-856-499 | NIKITA: Into the Dark | WBEI |
| PA 1-856-500 | NIKITA: Girl's Best Friend | WBEI |
| PA 1-858-476 | NIKITA: Glass Houses | WBEI |
| PA 1-858-474 | NIKITA: Betrayals | WBEI |
| PA 1-858-483 | NIKITA: Pandora | WBEI |

| | | |
|---|---|---|
| PA 1-798-608 | ONE TREE HILL: 4:30 AM (Apparently They Were Traveling Abroad) | WBEI |
| PA 1-799-057 | ONE TREE HILL: What Are You Willing To Lose | WBEI |
| PA 1-799-059 | ONE TREE HILL: Hold My Hand As I'm Lowered | WBEI |
| PA 1-799-063 | ONE TREE HILL: Believe Me, I'm Lying | WBEI |
| PA 1-799-066 | ONE TREE HILL: Your Cheatin' Heart | WBEI |
| PA 1-799-287 | ONE TREE HILL: Deep Ocean Vast Sea | WBEI |
| PA 1-803-468 | ONE TREE HILL: I And Love And You | WBEI |
| PA 1-799-296 | ONE TREE HILL: I Just Died In Your Arms Tonight | WBEI |
| PA 1-801-398 | ONE TREE HILL: Now You Lift Your Eyes To The Sun | WBEI |
| PA 1-799-297 | ONE TREE HILL: You Are A Runner And I Am My Father's Son | WBEI |
| PA 1-799-302 | ONE TREE HILL: You Know I Love You, Don't You? | WBEI |
| PA 1-803-555 | ONE TREE HILL: Some Roads Lead Nowhere | WBEI |
| PA 1-799-326 | ONE TREE HILL: Weeks Go By Like Days | WBEI |
| PA 1-799-333 | ONE TREE HILL: Family Affair | WBEI |
| PA 1-799-955 | ONE TREE HILL: Don't You Forget About Me | WBEI |
| PA 1-799-334 | ONE TREE HILL: My Attendance Is Bad But My Intentions Are Good | WBEI |
| PA 1-803-556 | ONE TREE HILL: At The Bottom Of Everything | WBEI |
| PA 1-803-557 | ONE TREE HILL: The Last Day Of Our Acquaintance | WBEI |
| PA 1-799-809 | ONE TREE HILL: Every Picture Tells A Story | WBEI |
| PA 1-798-609 | ONE TREE HILL: Learning To Fall | WBEI |

| PA 1-799-814 | ONE TREE HILL: What's In The Ground Belongs To You | WBEI |
|---|---|---|
| PA 1-803-562 | ONE TREE HILL: Almost Everything I Wish I'd Said The Last Time I Saw You | WBEI |
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | WBEI |
| PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | WBEI |
| PA 1-798-613 | ONE TREE HILL: The Space In Between | WBEI |
| PA 1-798-616 | ONE TREE HILL: We All Fall Down | WBEI |
| PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | WBEI |
| PA 1-798-649 | ONE TREE HILL: Not Afraid | WBEI |
| PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | WBEI |
| PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | WBEI |
| PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | WBEI |
| PA 1-798-689 | ONE TREE HILL: Lists, Plans | WBEI |
| PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | WBEI |
| PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | WBEI |
| PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | WBEI |
| PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | WBEI |
| PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | WBEI |
| PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | WBEI |
| PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | WBEI |
| PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | WBEI |
| PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | WBEI |
| PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | WBEI |

| PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | WBEI |
|---|---|---|
| PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | WBEI |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |

| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
|---|---|---|
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | WBEI |
| PA 1-800-896 | RIZZOLI & ISLES: Living Proof | WBEI |
| PA 1-893-193 | RIZZOLI & ISLES: Sailor Man | WBEI |
| PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | WBEI |
| PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | WBEI |
| PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | WBEI |
| PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | WBEI |
| PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | WBEI |
| PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | WBEI |
| PA 1-800-942 | RIZZOLI & ISLES: Remember Me | WBEI |
| PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | WBEI |

| PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | WBEI |
|---|---|---|
| PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | WBEI |
| PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | WBEI |
| PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | WBEI |
| PA 1-603-422 | SEX AND THE CITY | IFP Westcoast Erste GmbH & Co. KG; NLPI; HBO |
| PA 1-679-725 | Sex and the City 2 | WV Films IV LLC. |
| PA 1-275-222 | SIX FEET UNDER: A Coat Of White Primer | HBO |
| PA 1-275-221 | SIX FEET UNDER: Dancing For Me | HBO |
| PA 1-280-590 | SIX FEET UNDER: Hold My Hand | HBO |
| PA 1-280-591 | SIX FEET UNDER: Time Flies | HBO |
| PA 1-291-311 | SIX FEET UNDER: Eat A Peach | HBO |
| PA 1-291-308 | SIX FEET UNDER: The Rainbow Of Her Reasons | HBO |
| PA 1-280-654 | SIX FEET UNDER: The Silence | HBO |
| PA 1-280-653 | SIX FEET UNDER: Singing For Our Lives | HBO |
| PA 1-258-027 | SIX FEET UNDER: Ecotone | HBO |
| PA 1-258-032 | SIX FEET UNDER: All Alone | HBO |
| PA 1-258-033 | SIX FEET UNDER: Static | HBO |
| PA 1-313-349 | SIX FEET UNDER: Everyone's Waiting | HBO |
| PA 1-651-857 | SMALLVILLE: Arrival | WBEI |
| PA 1-651-860 | SMALLVILLE: Mortal | WBEI |
| PA 1-651-861 | SMALLVILLE: Hidden | WBEI |
| PA 1-651-872 | SMALLVILLE: Aqua | WBEI |
| PA 1-651-863 | SMALLVILLE: Thirst | WBEI |

| | | |
|---|---|---|
| PA 1-651-864 | SMALLVILLE: Exposed | WBEI |
| PA 1-651-867 | SMALLVILLE: Splinter | WBEI |
| PA 1-651-870 | SMALLVILLE: Solitude | WBEI |
| PA 1-651-868 | SMALLVILLE: Lexmas | WBEI |
| PA 1-651-865 | SMALLVILLE: Fanatic | WBEI |
| PA 1-651-858 | SMALLVILLE: Lockdown | WBEI |
| PA 1-651-847 | SMALLVILLE: Reckoning | WBEI |
| PA 1-651-849 | SMALLVILLE: Vengeance | WBEI |
| PA 1-651-852 | SMALLVILLE: Tomb | WBEI |
| PA 1-651-844 | SMALLVILLE: Cyborg | WBEI |
| PA 1-651-855 | SMALLVILLE: Hypnotic | WBEI |
| PA 1-651-842 | SMALLVILLE: Void | WBEI |
| PA 1-651-848 | SMALLVILLE: Fragile | WBEI |
| PA 1-651-853 | SMALLVILLE: Mercy | WBEI |
| PA 1-651-845 | SMALLVILLE: Fade | WBEI |
| PA 1-651-856 | SMALLVILLE: Oracle | WBEI |
| PA 1-651-871 | SMALLVILLE: Vessel | WBEI |
| PA 1-634-173 | SMALLVILLE: Zod | WBEI |
| PA 1-634-172 | SMALLVILLE: Sneeze | WBEI |
| PA 1-634-171 | SMALLVILLE: Wither | WBEI |
| PA 1-634-168 | SMALLVILLE: Arrow | WBEI |
| PA 1-634-164 | SMALLVILLE: Reunion | WBEI |
| PA 1-634-163 | SMALLVILLE: Fallout | WBEI |
| PA 1-634-162 | SMALLVILLE: Rage | WBEI |
| PA 1-634-161 | SMALLVILLE: Static | WBEI |
| PA 1-634-166 | SMALLVILLE: Subterranean | WBEI |
| PA 1-634-160 | SMALLVILLE: Hydro | WBEI |
| PA 1-634-159 | SMALLVILLE: Justice | WBEI |
| PA 1-634-158 | SMALLVILLE: Labyrinth | WBEI |
| PA 1-634-157 | SMALLVILLE: Crimson | WBEI |
| PA 1-634-156 | SMALLVILLE: Trespass | WBEI |
| PA 1-634-155 | SMALLVILLE: Freak | WBEI |
| PA 1-634-154 | SMALLVILLE: Promise | WBEI |
| PA 1-634-153 | SMALLVILLE: Combat | WBEI |

| | | |
|---|---|---|
| PA 1-634-152 | SMALLVILLE: Progeny | WBEI |
| PA 1-634-151 | SMALLVILLE: Nemesis | WBEI |
| PA 1-634-149 | SMALLVILLE: Noir | WBEI |
| PA 1-634-150 | SMALLVILLE: Prototype | WBEI |
| PA 1-634-174 | SMALLVILLE: Phantom | WBEI |
| PA 1-653-321 | SMALLVILLE: Bizarro | WBEI |
| PA 1-653-322 | SMALLVILLE: Kara | WBEI |
| PA 1-653-323 | SMALLVILLE: Fierce | WBEI |
| PA 1-653-320 | SMALLVILLE: Cure | WBEI |
| PA 1-653-326 | SMALLVILLE: Action | WBEI |
| PA 1-653-324 | SMALLVILLE: Lara | WBEI |
| PA 1-653-318 | SMALLVILLE: Wrath | WBEI |
| PA 1-653-296 | SMALLVILLE: Blue | WBEI |
| PA 1-653-293 | SMALLVILLE: Gemini | WBEI |
| PA 1-653-287 | SMALLVILLE: Persona | WBEI |
| PA 1-653-314 | SMALLVILLE: Siren | WBEI |
| PA 1-653-313 | SMALLVILLE: Fracture | WBEI |
| PA 1-653-308 | SMALLVILLE: Hero | WBEI |
| PA 1-653-328 | SMALLVILLE: Traveler | WBEI |
| PA 1-653-304 | SMALLVILLE: Veritas | WBEI |
| PA 1-653-303 | SMALLVILLE: Descent | WBEI |
| PA 1-611-553 | SMALLVILLE: Sleeper | WBEI |
| PA 1-653-300 | SMALLVILLE: Apocalypse | WBEI |
| PA 1-653-327 | SMALLVILLE: Quest | WBEI |
| PA 1-653-316 | SMALLVILLE: Arctic | WBEI |
| PA 1-826-508 | SMALLVILLE: Odyssey | WBEI |
| PA 1-826-533 | SMALLVILLE: Plastique | WBEI |
| PA 1-826-530 | SMALLVILLE: Toxic | WBEI |
| PA 1-826-988 | SMALLVILLE: Instinct | WBEI |
| PA 1-827-014 | SMALLVILLE: Committed | WBEI |
| PA 1-826-986 | SMALLVILLE: Prey | WBEI |
| PA 1-827-707 | SMALLVILLE: Identity | WBEI |
| PA 1-826-997 | SMALLVILLE: Bloodline | WBEI |
| PA 1-826-512 | SMALLVILLE: Abyss | WBEI |

| | | |
|---|---|---|
| PA 1-826-972 | SMALLVILLE: Bride | WBEI |
| PA 1-826-981 | SMALLVILLE: Legion | WBEI |
| PA 1-827-013 | SMALLVILLE: Bulletproof | WBEI |
| PA 1-826-993 | SMALLVILLE: Power | WBEI |
| PA 1-826-507 | SMALLVILLE: Requiem | WBEI |
| PA 1-827-010 | SMALLVILLE: Infamous | WBEI |
| PA 1-827-004 | SMALLVILLE: Turbulence | WBEI |
| PA 1-826-510 | SMALLVILLE: Hex | WBEI |
| PA 1-826-969 | SMALLVILLE: Eternal | WBEI |
| PA 1-827-007 | SMALLVILLE: Stiletto | WBEI |
| PA 1-826-984 | SMALLVILLE: Beast | WBEI |
| PA 1-826-990 | SMALLVILLE: Injustice | WBEI |
| PA 1-826-509 | SMALLVILLE: Doomsday | WBEI |
| PA 1-827-918 | SMALLVILLE: Savior | WBEI |
| PA 1-827-917 | SMALLVILLE: Metallo | WBEI |
| PA 1-827-786 | SMALLVILLE: Rabid | WBEI |
| PA 1-827-902 | SMALLVILLE: Echo | WBEI |
| PA 1-827-780 | SMALLVILLE: Idol | WBEI |
| PA 1-827-900 | SMALLVILLE: Roulette | WBEI |
| PA 1-827-787 | SMALLVILLE: Crossfire | WBEI |
| PA 1-827-916 | SMALLVILLE: Kandor | WBEI |
| PA 1-827-897 | SMALLVILLE: Pandora | WBEI |
| PA 1-827-867 | SMALLVILLE: Disciple | WBEI |
| PA 1-827-864 | SMALLVILLE: Society | WBEI |
| PA 1-827-850 | SMALLVILLE: Legends | WBEI |
| PA 1-827-862 | SMALLVILLE: Warrior | WBEI |
| PA 1-827-888 | SMALLVILLE: Persuasion | WBEI |
| PA 1-827-848 | SMALLVILLE: Conspiracy | WBEI |
| PA 1-827-899 | SMALLVILLE: Escape | WBEI |
| PA 1-827-906 | SMALLVILLE: Checkmate | WBEI |
| PA 1-827-870 | SMALLVILLE: Upgrade | WBEI |
| PA 1-827-884 | SMALLVILLE: Charade | WBEI |
| PA 1-827-873 | SMALLVILLE: Sacrifice | WBEI |
| PA 1-827-905 | SMALLVILLE: Hostage | WBEI |

| PA 1-827-892 | SMALLVILLE: Salvation | WBEI |
|---|---|---|
| PA 1-826-616 | SUPERNATURAL: In My Time of Dying | WBEI |
| PA 1-826-880 | SUPERNATURAL: Everybody Loves a Clown | WBEI |
| PA 1-826-882 | SUPERNATURAL: Bloodlust | WBEI |
| PA 1-826-884 | SUPERNATURAL: Children Shouldn't Play with Dead Things | WBEI |
| PA 1-826-878 | SUPERNATURAL: Simon Said | WBEI |
| PA 1-826-875 | SUPERNATURAL: No Exit | WBEI |
| PA 1-826-520 | SUPERNATURAL: The Usual Suspects | WBEI |
| PA 1-826-522 | SUPERNATURAL: Crossroad Blues | WBEI |
| PA 1-826-514 | SUPERNATURAL: Croatoan | WBEI |
| PA 1-826-519 | SUPERNATURAL: Hunted | WBEI |
| PA 1-826-524 | SUPERNATURAL: Playthings | WBEI |
| PA 1-826-528 | SUPERNATURAL: Nightshifter | WBEI |
| PA 1-826-874 | SUPERNATURAL: Houses of the Holy | WBEI |
| PA 1-826-618 | SUPERNATURAL: Born Under a Bad Sign | WBEI |
| PA 1-826-879 | SUPERNATURAL: Tall Tales | WBEI |
| PA 1-826-873 | SUPERNATURAL: Roadkill | WBEI |
| PA 1-826-617 | SUPERNATURAL: Heart | WBEI |
| PA 1-826-619 | SUPERNATURAL: Hollywood Babylon | WBEI |
| PA 1-826-615 | SUPERNATURAL: Folsom Prison Blues | WBEI |
| PA 1-826-883 | SUPERNATURAL: What Is and What Never Should Be | WBEI |
| PA 1-826-877 | SUPERNATURAL: All Hell Breaks Loose: Part 1 | WBEI |
| PA 1-826-881 | SUPERNATURAL: All Hell Breaks Loose: Part 2 | WBEI |
| PA 1-826-583 | SUPERNATURAL: The Magnificent Seven | WBEI |
| PA 1-826-592 | SUPERNATURAL: The Kids are Alright | WBEI |
| PA 1-826-564 | SUPERNATURAL: Bad Day at Black Rock | WBEI |

| | | |
|---|---|---|
| PA 1-826-590 | SUPERNATURAL: Sin City | WBEI |
| PA 1-826-561 | SUPERNATURAL: Bedtime Stories | WBEI |
| PA 1-826-569 | SUPERNATURAL: Red Sky at Morning | WBEI |
| PA 1-826-585 | SUPERNATURAL: Fresh Blood | WBEI |
| PA 1-826-594 | SUPERNATURAL: A Very Supernatural Christmas | WBEI |
| PA 1-826-581 | SUPERNATURAL: Malleus Maleficarum | WBEI |
| PA 1-826-558 | SUPERNATURAL: Dream A Little Dream of Me | WBEI |
| PA 1-826-593 | SUPERNATURAL: Mystery Spot | WBEI |
| PA 1-826-566 | SUPERNATURAL: Jus in Bello | WBEI |
| PA 1-826-591 | SUPERNATURAL: Ghostfacers | WBEI |
| PA 1-826-586 | SUPERNATURAL: Long-Distance Call | WBEI |
| PA 1-609-132 | SUPERNATURAL: Time is on My Side | WBEI |
| PA 1-826-589 | SUPERNATURAL: No Rest for the Wicked | WBEI |
| PA 1-826-852 | SUPERNATURAL: Lazarus Rising | WBEI |
| PA 1-826-826 | SUPERNATURAL: Are You There, God? It's Me, Dean Winchester | WBEI |
| PA 1-840-612 | SUPERNATURAL: In the Beginning | WBEI |
| PA 1-826-858 | SUPERNATURAL: Metamorphosis | WBEI |
| PA 1-827-706 | SUPERNATURAL: Monster Movie | WBEI |
| PA 1-826-822 | SUPERNATURAL: Yellow Fever | WBEI |
| PA 1-826-847 | SUPERNATURAL: It's the Great Pumpkin, Sam Winchester | WBEI |
| PA 1-840-630 | SUPERNATURAL: Wishful Thinking | WBEI |
| PA 1-826-821 | SUPERNATURAL: I Know What You Did Last Summer | WBEI |
| PA 1-826-841 | SUPERNATURAL: Heaven and Hell | WBEI |
| PA 1-840-651 | SUPERNATURAL: Family Remains | WBEI |
| PA 1-840-609 | SUPERNATURAL: Criss Angel Is a Douche Bag | WBEI |
| PA 1-826-818 | SUPERNATURAL: After School Special | WBEI |
| PA 1-826-849 | SUPERNATURAL: Sex and Violence | WBEI |

| PA 1-826-820 | SUPERNATURAL: Death Takes a Holiday | WBEI |
|---|---|---|
| PA 1-826-848 | SUPERNATURAL: On the Head of a Pin | WBEI |
| PA 1-826-863 | SUPERNATURAL: It's a Terrible Life | WBEI |
| PA 1-840-622 | SUPERNATURAL: The Monster at the End of This Book | WBEI |
| PA 1-840-649 | SUPERNATURAL: Jump the Shark | WBEI |
| PA 1-826-862 | SUPERNATURAL: The Rapture | WBEI |
| PA 1-840-646 | SUPERNATURAL: When the Levee Breaks | WBEI |
| PA 1-826-855 | SUPERNATURAL: Lucifer Rising | WBEI |
| PA 1-843-444 | SUPERNATURAL: Sympathy for the Devil | WBEI |
| PA 1-843-446 | SUPERNATURAL: Good God, Y'All | WBEI |
| PA 1-843-441 | SUPERNATURAL: Free to Be You and Me | WBEI |
| PA 1-843-438 | SUPERNATURAL: The End | WBEI |
| PA 1-843-442 | SUPERNATURAL: Fallen Idols | WBEI |
| PA 1-843-435 | SUPERNATURAL: I Believe the Children Are Our Future | WBEI |
| PA 1-843-445 | SUPERNATURAL: The Curious Case of Dean Winchester | WBEI |
| PA 1-843-439 | SUPERNATURAL: Changing Channels | WBEI |
| PA 1-843-448 | SUPERNATURAL: The Real Ghostbusters | WBEI |
| PA 1-843-415 | SUPERNATURAL: Abandon All Hope | WBEI |
| PA 1-843-443 | SUPERNATURAL: Sam, Interrupted | WBEI |
| PA 1-843-414 | SUPERNATURAL: Swap Meat | WBEI |
| PA 1-843-437 | SUPERNATURAL: The Song Remains the Same | WBEI |
| PA 1-843-423 | SUPERNATURAL: My Bloody Valentine | WBEI |
| PA 1-843-426 | SUPERNATURAL: Dead Men Don't Wear Plaid | WBEI |
| PA 1-843-431 | SUPERNATURAL: Dark Side of the Moon | WBEI |
| PA 1-843-418 | SUPERNATURAL: 99 Problems | WBEI |
| PA 1-843-433 | SUPERNATURAL: Point of No Return | WBEI |
| PA 1-843-440 | SUPERNATURAL: Hammer of the Gods | WBEI |

| PA 1-843-421 | SUPERNATURAL: The Devil You Know | WBEI |
|---|---|---|
| PA 1-843-447 | SUPERNATURAL: Two Minutes to Midnight | WBEI |
| PA 1-843-425 | SUPERNATURAL: Swan Song | WBEI |
| PA 1-876-102 | SUPERNATURAL: Meet the New Boss | WBEI |
| PA 1-859-070 | SUPERNATURAL: Hello, Cruel World | WBEI |
| PA 1-859-068 | SUPERNATURAL: The Girl Next Door | WBEI |
| PA 1-876-106 | SUPERNATURAL: Defending Your Life | WBEI |
| PA 1-859-108 | SUPERNATURAL: Shut Up, Dr. Phil | WBEI |
| PA 1-879-977 | SUPERNATURAL: Slash Fiction | WBEI |
| PA 1-859-110 | SUPERNATURAL: The Mentalists | WBEI |
| PA 1-859-111 | SUPERNATURAL: Season 7, Time for a Wedding! | WBEI |
| PA 1-859-112 | SUPERNATURAL: How to Win Friends and Influence Monsters | WBEI |
| PA 1-859-113 | SUPERNATURAL: Death's Door | WBEI |
| PA 1-876-109 | SUPERNATURAL: Adventures in Babysitting | WBEI |
| PA 1-876-067 | SUPERNATURAL: Time After Time | WBEI |
| PA 1-876-092 | SUPERNATURAL: The Slice Girls | WBEI |
| PA 1-879-956 | SUPERNATURAL: Plucky Pennywhistle's Magic Menagerie | WBEI |
| PA 1-859-114 | SUPERNATURAL: Repo Man | WBEI |
| PA 1-859-115 | SUPERNATURAL: Out with the Old | WBEI |
| PA 1-876-110 | SUPERNATURAL: The Born-Again Identity | WBEI |
| PA 1-876-083 | SUPERNATURAL: Party On, Garth | WBEI |
| PA 1-880-080 | SUPERNATURAL: Of Grave Importance | WBEI |
| PA 1-880-084 | SUPERNATURAL: The Girl with the Dungeons and Dragons Tattoo | WBEI |
| PA 1-876-075 | SUPERNATURAL: Reading is Fundamental | WBEI |
| PA 1-876-103 | SUPERNATURAL: There Will Be Blood | WBEI |
| PA 1-879-966 | SUPERNATURAL: The Survival of the Fittest | WBEI |

| | | |
|---|---|---|
| PA 1-628-221 | TERMINATOR SALVATION | T Asset Acquisition Company, LLC. |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |

| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
|---|---|---|
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-839-789 | THE BIG BANG THEORY: The Electric Can opener Fluctuation | WBEI |
| PA 1-839-759 | THE BIG BANG THEORY: The Jiminy Conjecture | WBEI |
| PA 1-839-694 | THE BIG BANG THEORY: The Gothowitz Deviation | WBEI |
| PA 1-839-728 | THE BIG BANG THEORY: The Pirate Solution | WBEI |
| PA 1-839-770 | THE BIG BANG THEORY: The Creepy Candy Coating Corollary | WBEI |
| PA 1-839-811 | THE BIG BANG THEORY: The Cornhusker Vortex | WBEI |
| PA 1-839-702 | THE BIG BANG THEORY: The Guitarist Amplification | WBEI |
| PA 1-839-730 | THE BIG BANG THEORY: The Adhesive Duck Deficiency | WBEI |
| PA 1-839-693 | THE BIG BANG THEORY: The Vengeance Formulation | WBEI |

| PA 1-839-792 | THE BIG BANG THEORY: The Gorilla Experiment | WBEI |
|---|---|---|
| PA 1-839-756 | THE BIG BANG THEORY: The Maternal Congruence | WBEI |
| PA 1-839-706 | THE BIG BANG THEORY: The Psychic Vortex | WBEI |
| PA 1-839-790 | THE BIG BANG THEORY: The Bozeman Reaction | WBEI |
| PA 1-839-815 | THE BIG BANG THEORY: The Einstein Approximation | WBEI |
| PA 1-839-805 | THE BIG BANG THEORY: The Large Hadron Collision | WBEI |
| PA 1-839-767 | THE BIG BANG THEORY: The Excelsior Acquisition | WBEI |
| PA 1-839-803 | THE BIG BANG THEORY: The Precious Fragmentation | WBEI |
| PA 1-839-812 | THE BIG BANG THEORY: The Pants Alternative | WBEI |
| PA 1-839-793 | THE BIG BANG THEORY: The Wheaton Recurrence | WBEI |
| PA 1-839-788 | THE BIG BANG THEORY: The Spaghetti Catalyst | WBEI |
| PA 1-839-692 | THE BIG BANG THEORY: The Plimpton Stimulation | WBEI |
| PA 1-839-802 | THE BIG BANG THEORY: The Staircase Implementation | WBEI |
| PA 1-839-724 | THE BIG BANG THEORY: The Lunar Excitation | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |

| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
|---|---|---|
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |

| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
|---|---|---|
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-606-857 | THE DARK KNIGHT | WBEI |
| PA 1-204-602 | FINAL DESTINATION | NLPI |
| PA 1-643-119 | *THE HANGOVER* | IFP Westcoast Erste GmbH & Co. KG. |
| PA 1-679-184 | THE PACIFIC: Part One | HBO |
| PA 1-687-855 | THE PACIFIC: Part Two | HBO |
| PA 1-679-181 | THE PACIFIC: Part Three | HBO |
| PA 1-683-931 | THE PACIFIC: Part Four | HBO |
| PA 1-683-936 | THE PACIFIC: Part Five | HBO |
| PA 1-683-933 | THE PACIFIC: Part Six | HBO |
| PA 1-683-929 | THE PACIFIC: Part Seven | HBO |
| PA 1-685-746 | THE PACIFIC: Part Eight | HBO |
| PA 1-685-739 | THE PACIFIC: Part Nine | HBO |
| PA 1-685-738 | THE PACIFIC: Part Ten | HBO |
| PA 1-250-537 | THE POLAR EXPRESS | WBEI |
| PA 1-783-492 | THE VAMPIRE DIARIES: Pilot | WBEI; CBS |
| PA 1-783-505 | THE VAMPIRE DIARIES: The Night Of The Comet | WBEI; CBS |
| PA 1-783-510 | THE VAMPIRE DIARIES: Friday Night Bites | WBEI; CBS |
| PA 1-783-518 | THE VAMPIRE DIARIES: Family Ties | WBEI; CBS |
| PA 1-783-545 | THE VAMPIRE DIARIES: You're Undead To Me | WBEI; CBS |
| PA 1-783-551 | THE VAMPIRE DIARIES: Lost Girls | WBEI; CBS |

| PA 1-783-556 | THE VAMPIRE DIARIES: Haunted | WBEI; CBS |
|---|---|---|
| PA 1-783-559 | THE VAMPIRE DIARIES: 162 Candles | WBEI; CBS |
| PA 1-783-563 | THE VAMPIRE DIARIES: History Repeating | WBEI; CBS |
| PA 1-783-567 | THE VAMPIRE DIARIES: The Turning Point | WBEI; CBS |
| PA 1-783-574 | THE VAMPIRE DIARIES: Bloodlines | WBEI; CBS |
| PA 1-783-578 | THE VAMPIRE DIARIES: Unpleasantville | WBEI; CBS |
| PA 1-783-584 | THE VAMPIRE DIARIES: Children Of The Damned | WBEI; CBS |
| PA 1-783-586 | THE VAMPIRE DIARIES: Fool Me Once | WBEI; CBS |
| PA 1-783-588 | THE VAMPIRE DIARIES: A Few Good Men | WBEI; CBS |
| PA 1-781-131 | THE VAMPIRE DIARIES: There Goes The Neighborhood | WBEI; CBS |
| PA 1-783-591 | THE VAMPIRE DIARIES: Let The Right One In | WBEI; CBS |
| PA 1-783-593 | THE VAMPIRE DIARIES: Under Control | WBEI; CBS |
| PA 1-783-596 | THE VAMPIRE DIARIES: Miss Mystic Falls | WBEI; CBS |
| PA 1-783-613 | THE VAMPIRE DIARIES: Blood Brothers | WBEI; CBS |
| PA 1-783-614 | THE VAMPIRE DIARIES: Isobel | WBEI; CBS |
| PA 1-783-616 | THE VAMPIRE DIARIES: Founder's Day | WBEI; CBS |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CBS |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CBS |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CBS |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CBS |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CBS |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CBS |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CBS |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CBS |

| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CBS |
|---|---|---|
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CBS |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CBS |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CBS |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CBS |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CBS |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CBS |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CBS |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CBS |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CBS |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CBS |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CBS |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CBS |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CBS |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | WBEI; CBS |
| PA 1-840-715 | THE VAMPIRE DIARIES: The Hybrid | WBEI; CBS |
| PA 1-840-836 | THE VAMPIRE DIARIES: The End Of The Affair | WBEI; CBS |
| PA 1-840-714 | THE VAMPIRE DIARIES: Disturbing Behavior | WBEI; CBS |
| PA 1-840-717 | THE VAMPIRE DIARIES: The Reckoning | WBEI; CBS |
| PA 1-840-716 | THE VAMPIRE DIARIES: Smells Like Teen Spirit | WBEI; CBS |
| PA 1-840-829 | THE VAMPIRE DIARIES: Ghost World | WBEI; CBS |
| PA 1-840-721 | THE VAMPIRE DIARIES: Ordinary People | WBEI; CBS |
| PA 1-840-703 | THE VAMPIRE DIARIES: Homecoming | WBEI; CBS |
| PA 1-840-820 | THE VAMPIRE DIARIES: The New Deal | WBEI; CBS |
| PA 1-840-719 | THE VAMPIRE DIARIES: Our Town | WBEI; CBS |

| | | |
|---|---|---|
| PA 1-840-698 | THE VAMPIRE DIARIES: The Ties That Bind | WBEI; CBS |
| PA 1-840-722 | THE VAMPIRE DIARIES: Bringing Out The Dead | WBEI; CBS |
| PA 1-840-708 | THE VAMPIRE DIARIES: Dangerous Liaisons | WBEI; CBS |
| PA 1-840-706 | THE VAMPIRE DIARIES: All My Children | WBEI; CBS |
| PA 1-840-720 | THE VAMPIRE DIARIES: 1912 | WBEI; CBS |
| PA 1-843-357 | THE VAMPIRE DIARIES: Break On Through | WBEI; CBS |
| PA 1-843-356 | THE VAMPIRE DIARIES: The Murder Of One | WBEI; CBS |
| PA 1-843-353 | THE VAMPIRE DIARIES: Heart Of Darkness | WBEI; CBS |
| PA 1-843-350 | THE VAMPIRE DIARIES: Do Not Go Gentle | WBEI; CBS |
| PA 1-843-352 | THE VAMPIRE DIARIES: Before Sunset | WBEI; CBS |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | WBEI; CBS |
| PA 1-653-459 | TRUE BLOOD: Strange Love | HBO |
| PA 1-653-432 | TRUE BLOOD: The First Taste | HBO |
| PA 1-653-964 | TRUE BLOOD: Mine | HBO |
| PA 1-653-970 | TRUE BLOOD: Escape from Dragon House | HBO |
| PA 1-653-971 | TRUE BLOOD: Sparks Fly Out | HBO |
| PA 1-653-570 | TRUE BLOOD: Cold Ground | HBO |
| PA 1-653-568 | TRUE BLOOD: Burning House of Love | HBO |
| PA 1-662-013 | TRUE BLOOD: The Fourth Man in the Fire | HBO |
| PA 1-661-869 | TRUE BLOOD: Plaisir D'Amour | HBO |
| PA 1-658-084 | TRUE BLOOD: I Don't Wanna Know | HBO |
| PA 1-663-958 | TRUE BLOOD: To Love is to Bury | HBO |
| PA 1-656-238 | TRUE BLOOD: You'll Be the Death of Me | HBO |
| PA 1-664-352 | TRUE BLOOD: Nothing but the Blood | HBO |
| PA 1-666-595 | TRUE BLOOD: Keep This Party Going | HBO |

| | | |
|---|---|---|
| PA 1-666-589 | TRUE BLOOD: Scratches | HBO |
| PA 1-666-598 | TRUE BLOOD: Shake and Fingerpop | HBO |
| PA 1-666-592 | TRUE BLOOD: Never Let Me Go | HBO |
| PA 1-666-591 | TRUE BLOOD: Hard-Hearted Hannah | HBO |
| PA 1-667-523 | TRUE BLOOD: Release Me | HBO |
| PA 1-666-586 | TRUE BLOOD: Timebomb | HBO |
| PA 1-666-583 | TRUE BLOOD: I Will Rise Up | HBO |
| PA 1-666-596 | TRUE BLOOD: New World in My View | HBO |
| PA 1-663-479 | TRUE BLOOD: Frenzy | HBO |
| PA 1-667-580 | TRUE BLOOD: Beyond Here Lies Nothin' | HBO |
| PA 1-688-635 | TRUE BLOOD: Bad Blood | HBO |
| PA 1-693-287 | TRUE BLOOD: Beautifully Broken | HBO |
| PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | HBO |
| PA 1-697-287 | TRUE BLOOD: 9 Crimes | HBO |
| PA 1-704-298 | TRUE BLOOD: Trouble | HBO |
| PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | HBO |
| PA 1-699-150 | TRUE BLOOD: Hitting the Ground | HBO |
| PA 1-716-112 | TRUE BLOOD: Night on the Sun | HBO |
| PA 1-716-111 | TRUE BLOOD:: Everything is Broken | HBO |
| PA 1-716-116 | TRUE BLOOD: I Smell a Rat | HBO |
| PA 1-716-110 | TRUE BLOOD: Fresh Blood | HBO |
| PA 1-716-114 | TRUE BLOOD: Evil is Going On | HBO |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The | HBO |

| | House | |
|---|---|---|
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |